UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: DMCA SUBPOENA TO NAMECHEAP, INC. | Case No. |

DECLARATION OF KRISTIN LOCKHART IN SUPPORT OF
GATEWAY FOR CANCER RESEARCH, INC.'S REQUEST FOR ISSUANCE OF
SUBPOENA, PURSUANT TO 17 U.S.C. § 512(H),
TO IDENTIFY ALLEGED INFRINGERS

I, Kristin Lockhart, declare as follows:

1. I am an associate at Katten Muchin Rosenman LLP and am admitted to practice law in the District of Columbia and to practice before this Court. I represent Gateway For Cancer Research, Inc.

2. On behalf of Gateway For Cancer Research, Inc., I am seeking a subpoena pursuant to 17 U.S.C. § 512(h) to identify the persons infringing our client's copyrighted works.

3. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers, and such information will only be used for the purpose of protecting Gateway For Cancer Research, Inc.'s rights under 17 U.S.C. § 101 *et seq*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2021 in Washington, D.C.

_____
Kristin Lockhart